MITCHELL D. GLINER
3017 West Charleston Blvd. #95
Las Vegas, NV  89102
702 870-8700
*Attorney for:*  Plaintiff

## UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA

| | |
|---|---|
| LARRY BOHN<br><br>*Plaintiff*<br><br>KINUM, INC.<br><br>*Defendant* | Case Number:  2:17-CV-00291<br><br>PROOF OF SERVICE |

Norma Holland-Dunham, being duly sworn deposes and says: that at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the state of Nevada under license #389, and not a party to or interested in the proceeding in which this affidavit is made.  The affiant received on Thursday February 02 2017; 1 copy(ies) of the:

**SUMMONS IN A CIVIL ACTION; COMPLAINT; CERIFICATE OF INTERESTED PARTIES; NOTICE, CONSENT, AND REFERENCE OF CIVIL ACTION TO A MAGISTRATE JUDGE; DEMAND LETTER**

I served the same on Monday February 06 2017 at 10:15AM by:

**Serving Defendant KINUM, INC., BY SERVING NATIONAL CORPORATE RESEARCH, LTD., REGISTERED AGENT**

by serving: NATASHA KIERNAN, CUSTOMER SERVICE REPRESENTATIVE ON BEHALF OF CAPITOL CORPORATE SERVICES, INC., REGISTERED AGENT PURSUANT TO NRS 14.020, AS A PERSON OF SUITABLE AGE AND DISCRETION AT THE ADDRESS BELOW, WHICH ADDRESS IS THE MOST RECENT ACTUAL PHYSICAL LOCATION IN THIS STATE AT WHICH THE REGISTERED AGENT IS AVAILABLE FOR SERVICE OF PROCESS, AS SHOWN ON THE CURRENT CERTIFICATE OF DESIGNATION FILED WITH THE SECRETARY OF STATE   at the Defendant's Business located at 202 S MINNESOTA ST, Carson City, NV  89703.

Pursuant to NRS 53.045, I declare under the penalty of perjury under the law of the State of Nevada that the forgoing is true and correct.
**Executed: Monday February 06 2017**

Affiant: Norma Holland-Dunham #R-061612
LEGAL WINGS, INC. - NV LIC #389
1118 FREMONT STREET
Las Vegas, NV  89101
(702) 384-0305, FAX (702) 384-8638

1000020150.8708700.515502