LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
Joseph P. Garin (Bar No. 6653)
Jessica A. Green (Bar No. 12383)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500/FAX (702) 382-1512
jgarin@lipsonneilson.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LARRY BOHN, | Case No.: 2:17-cv-00291-MMD-VCF |
| Plaintiff, | **CERTIFICATE OF INTERESTED PARTIES** |
| vs, | |
| KINUM, INC. | |
| Defendant. | |

In accordance with Federal Rule of Civil Procedure 7.1 and U.S. District Court, Local Rule 7.1-1, the undersigned, counsel of record for Defendant KINUMN, INC., certifies that no other parties/entities have an interest in the outcome of this case other than those already named as interested parties in the above-captioned matter.

This representation is made to enable judges of the Court to evaluate possible disqualifications or recusal

DATED this 26th day of May, 2017.

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: _____
Joseph P. Garin (Bar No. 6653)
Jessica A. Green (Bar No. 12383)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 26th day of May, 2017, service of the foregoing **CERTIFICATE OF INTERESTED PARTIES** was made upon each party in the case who is registered as an electronic case filing user with the Clerk, pursuant to Fed. Rule Civ. P. 5(b)(3), and Local Rule 5-4, as follows:

| | |
|---|---|
| Mitchell D. Gliner, Esq.<br>3017 W. Charleston Blvd., #95<br>Las Vegas, NV 89102<br>mgliner@glinerlaw.com<br><br>*Attorney for Plaintiff* | |

*/s/ Kim Glad*
_____
An employee of
Lipson, Neilson, Cole, Seltzer & Garin, P.C.