MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
Ofc: (702) 870-8700
Fax: (702) 870-0034

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LARRY BOHN,<br><br>Plaintiff,<br><br>vs.<br><br>KINUM, INC.<br><br>Defendant. | No. 2:17-cv-00291-MMD-VCF<br><br>**NOTICE OF SETTLEMENT** |

The parties have settled this matter and anticipate the filing of the dismissal documents in approximately thirty (30) days.

DATED: August 11, 2017

Respectfully submitted,

______________________________
MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd. #95
Las Vegas, Nevada 89102
Attorney for Plaintiff