LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
Joseph P. Garin (Bar No. 6653)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500/FAX (702) 382-1512
jgarin@lipsonneilson.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LARRY BOHN,<br><br>    Plaintiff,<br><br>vs,<br><br>KINUM, INC.<br><br>    Defendant. | Case No.: 2:17-cv-00291-MMD-VCF<br><br>**STIPULATION TO EXTEND TIME TO FILE DISMISSAL DOCUMENTS** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein, by and through their respective attorneys, that the deadline for parties to file dismissal documents (Doc. No. 16), currently due on September 13, 2017, shall be extended for thirty days up to and including **October 13, 2017.**

IT IS HEREBY FURTHER STIPULATED AND AGREED that Defendant shall provide for payment of the funds within 30 days of entry of this Stipulation and Order.

///
///
///
///
///
///
///
///
///

- 1 -

The parties have entered into this agreement in good faith and not for purposes of delay.

DATED this 13th day of September, 2017.

*/s/ Mitchell D. Gliner*

---

Mitchell D. Gliner, Esq.
3017 W. Charleston Blvd., #95
Las Vegas, NV 89102

*Attorney for Plaintiff*

DATED this 13th day of September, 2017.

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: */s/ Joseph P. Garin*
Joseph P. Garin (Bar No. 6653)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

Dated: September 14, 2017

_____
United States District Court Judge