Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

LARRY BOHN,

    Plaintiff,

vs.

KINUM, INC.

    Defendant.

No. 2:17-cv-00291-MMD-VCF

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) and local rule 7-1(a) & (b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear

///
///
///
///
///
///
///
///
///

their own costs and attorney's fees.

MITCHELL D. GLINER, ESQ.

_____
MITCHELL D. GLINER, ESQ.
Nevada Bar No. 003419
3017 W. Charleston Blvd. # 95
Las Vegas, Nevada 89102
Attorney for Plaintiff

LIPSON, NEILSON, COLE
SELTZER & GARIN, P.C.

_____
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 006653
9900 Covington Cross Drive, #120
Las Vegas, Nevada 89144
Attorneys for Defendant

IT IS SO ORDERED this 12th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE